UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LOPEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>VANCE & HUFFMAN, LLC,<br><br>                    Defendant. | No.  1:24-cv-00194-KES-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

On June 10, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 9.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 10, 2024**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE